UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY LESTER LIAPES, )<br>                )<br>        Plaintiff,    )<br>                )<br>vs.             )<br>                )<br>NYE COUNTY, NEVADA; *et al.*,  )<br>                )<br>        Defendants.   )<br>_____ ) | Case No.  2:13-cv-01128-APG-GWF<br><br>**ORDER** |

This matter is before the Court on Brent D. Percival's Motion to Withdraw as Attorney of Record for Plaintiff Timothy Lester Liapes (#35), filed June 9, 2015.  To date, no party has filed an opposition to this motion and the time for opposition has now expired.  Furthermore, the movants substantially establish good cause for the withdrawal.  Accordingly,

**IT IS HEREBY ORDERED** that Brent D. Percival's Motion to Withdraw as Attorney of Record for Timothy Lester Liapes (#35) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Timothy Lester Liapes to the civil docket:

**Timothy Lester Liapes**
**8230 Old Spanish Trail**
**Pahrump, Nevada, 89061**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Timothy Lester Liapes with a copy of this order at his last known addresses listed above.

DATED this 30th day of June, 2015.

_____
GEORGE FOLEY, JR
United States Magistrate Judge